JS - 6

**FILED: 5/20/13**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Filmtools, Inc.*,  <br>         Plaintiff,  <br>    v.  <br>*Cinemata Filmtools*,  <br>         Defendant. | CASE NO. CV 12-3081-GHK (CWx)  <br><br>JUDGMENT |

   Pursuant to the Court's May 20, 2013 Order, IT IS **ORDERED, ADJUDGED, AND DECREED** that default judgment shall be entered in favor of Plaintiff Filmtools, Inc. ("Plaintiff" or "Filmtools") against Defendant Cinemata Filmtools ("Defendant") in the following amount: $22,296.42 in reasonable attorneys' fees and costs, plus interest from the date of this Judgment until paid.

   Further, pursuant to the Court's May 20, 2013 Order, Defendant, its agents, servants, employees, and all persons in active concert or participation with them, who receive actual notice of the injunction, are hereby restrained and enjoined from, without Plaintiff's permission:

   (a) using the United States Trademark Registration No. 2,923,148 ("Filmtools Mark") or any marks confusingly similar thereto, or any colorable imitation thereof, in connection with the marketing, promotion, advertising, offer for sale, or

1. sale of any products;
2. (b) engaging in any other activity constituting an infringement of the Filmtools Mark or constituting any infringement of Filmtools' rights in or right to use or exploit the Filmtools Mark;
3. (c) using any false designation of origin or false description which can or is likely to lead the public, or individual members thereof, erroneously to believe that any product or service was or is circulated, displayed, distributed, offered for sale, sold, manufactured, licensed, sponsored, approved, or authorized by or for Filmtools, when such is not true in fact; and
4. (d) inducing, assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (a) through (c) above.

**IT IS SO ORDERED**.

DATED: May 20, 2013

_____
GEORGE H. KING
Chief United States District Judge

2